| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| PAIGE M. HIBBERT ESQ., Bar #143105<br>HELLER & HIBBERT<br>6833 FAIR OAKS BLVD.<br>CARMICHAEL, CA 95608<br>Telephone No: 916-971-8500    FAX No: 916-971-8501 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: STEVEN GIRDLESTONE | | | | |
| Defendant/Cross Complainant: HOME SAVINGS OF AMERICA | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:10-CV-02521 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS; BLANK CONSENT; ORDER RE PAGE LIMITED FOR CASES ASSIGNED TO JUDGE MENDEZ; ORDER REQUIRING JOINT STATUS REPORT.

3. a. Party served:         HC FINANCIAL, A CALIFORNIA CORPORATION
   b. Person served:        RYAN COSTO, AGENT FOR SERVICE, White, Male, 35 Years Old, Brown Hair,
                            6 Feet 2 Inches, 250 Pounds

4. Address where the party was served:    8331 SIERRA COLLEGE BLVD.
                                          SUITE 204
                                          ROSEVILLE, CA 95661

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Oct. 25, 2010 (2) at: 4:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: HC FINANCIAL, A CALIFORNIA CORPORATION
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KAY REINHART                                          d. *The Fee for Service was:*   $30.00



   **2300 P Street**                      e. I am: (3) registered California process server
   **Sacramento, CA 95816**                   (i)  Employee
   **(916) 498-0808**                         (ii) Registration No.:    2000-09
   **FAX (916) 498-0817**                     (iii) County:              Sacramento
                                              (iv) Expiration Date:     Tue, Jan. 24, 2012

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Oct. 26, 2010

                                                                    *Kay Reinhart*
   Judicial Council Form POS-010                PROOF OF SERVICE           (KAY REINHART)
   Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS IN A CIVIL CASE                        pmh.183763

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/25/10 |
| NAME OF SERVER (PRINT) Kay Reinhart | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

BY SERVING: HC FINANCIAL, A CALIFORNIA CORPORATION

☒ Served personally upon the defendant. Place where served: 8331 Sierra College Blvd. Roseville, CA 95661

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Ryan Costo, Agent for Service

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $40.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/26/10
Date

Signature of Server: Kay Reinhart

Address of Server: 2300 P St, Sacramento, CA 95816