**3**
Paige M. Hibbert, CSBN 143105
HELLER & HIBBERT
6833 Fair Oaks Boulevard
Carmichael, California 95608
Telephone:   (916) 971-8500
Facsimile:   (916) 971-8501
Paige@Hibbert-Law.com

Attorney for Plaintiff
STEVEN GIRDLESTONE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GIRDLESTONE,<br><br>             Plaintiff,<br><br>   vs.<br><br>HOME SAVINGS OF AMERICA, FEDERAL SAVINGS ASSOCIATION; GMAC MORTGAGE, LLC fka GMAC MORTGAGE CORP.; EXECUTIVE TRUSTEE SERVICES, LLC dba ETS SERVICES, LLC; HC FINANCIAL, a California corporation; RYAN COSTO; and DOES 1-10,<br><br>             Defendants. | Case No.  2:10-CV-02521-JAM-GGH<br><br>ORDER OF DISMISSAL PURSUANT TO STIPULATION |

IT IS HEREBY ORDERED THAT:

This case is dismissed without prejudice pursuant to the Stipulation for Dismissal.

DATED: 2/8/2011                                    /s/ John A. Mendez
                                                                   JOHN A. MENDEZ
                                                                   JUDGE OF THE UNITED STATES
                                                                   DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com